# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED SEPTEMBER 12, 2013

### NO. 03-12-00306-CV

**Stanley Bacon, Jr., Appellant**

**v.**

**Texas Historical Commission, Appellee**

**APPEAL FROM 345TH DISTRICT COURT OF TRAVIS COUNTY**
**BEFORE JUSTICES PURYEAR, PEMBERTON, AND ROSE**
**AFFIRMED -- OPINION BY JUSTICE PEMBERTON**

**THE COURT OF APPEALS FOR THE THIRD DISTRICT OF TEXAS**, having heard this cause on appeal and having considered the record of the court below, the briefs, and counsels' argument, concludes that the district court's judgment should be affirmed.

**IT IS THEREFORE ORDERED**, in accordance with the Court's opinion, that:

(1) The judgment of the district court is affirmed;

(2) Appellant Bacon shall pay all costs incurred in this appeal; and

(3) This decision be certified below for observance.